PEOPLE ex rel. O'DONNELL v. BARTLETT, Mayor.

No. 9871; January 27, 1885.

5 Pac. 674.

**Mandamus — Board of Supervisors—Repeal of Resolution.—** Where the resolution of a board of supervisors, to enforce which an alternative writ of mandate has been issued, is afterward repealed, the writ must be dismissed.

Mandamus to compel the new city hall commissioners to allow fitting up of a public morgue in place set apart by resolution of the board of supervisors.

---

[1] Cited and approved in Little v. Jacks, 68 Cal. 346, 11 Pac. 129, on the point that an undertaking on appeal filed before the filing of the notice of appeal is ineffectual for any purpose.

W. A. Cornwall for petitioner; John Lord Love for respondent.

By the COURT.—The relator bases his claim on a resolution of the board of supervisors, passed in the month of December, 1884. It appears by the answer of respondent that said resolution was afterward, and before the filing of said answer, repealed by said board. . It therefore follows that the alternative writ heretofore issued must be discharged, and the proceeding be dismissed; and it is so ordered.